RECEIVED

NOV 21 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

Patrick Solomon

v.

Raleigh Police Dept
Internal Affairs
Dept
DEA Marshalls
ATF  COLORS
       GANG
Plaintiff resides at:  GAME
                       OVER

Cartel's MOB
Don
NO.

TRU
RELIGION?

COMPLAINT

5:18-CV-00566-D

3984 Neeley St
Raleigh NC 27606

Defendant(s)' name(s) and address(es), if known:

Raleigh Police Dept
Internal Affairs

1

Jurisdiction in this court is based on:

The acts complained of in this suit concern:

F.O.I.L. multiple lawsuits

failure to tell about investigation

Harassment

2



(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:



11.18.18
DATE

Patrick Solomon
SIGNATURE OF PLAINTIFF

3984 Neeley ST
Raleigh, NC. 27606
919 694 5167

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3