UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICK SOLOMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-566-D** |
| ) | |
| RALEIGH POLICE DEPARTMENT INTERNAL ) | |
| AFFAIRS UNIT, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 5]. Solomon's application to proceed in forma pauperis [D.E. 1] is GRANTED and Solomon's complaint is DISMISSED as frivolous.

**This Judgment Filed and Entered on December 27, 2018, and Copies To:**

Patrick Solomon                (Sent to 3984 Neeley St. Raleigh NC 27606 via US Mail)

DATE:                          PETER A. MOORE, JR., CLERK

December 27, 2018              (By) /s/ Nicole Sellers
                               Deputy Clerk